TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Bryanne Barnette,*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryanne Barnette, f/k/a Bryanne Wallis, <br><br> Plaintiff, <br><br> vs. <br><br> Trans Union, LLC, a Delaware limited liability company, and Diversified Consultants, Inc., a Florida corporation. <br><br> Defendants. | Case No.: <br><br> **COMPLAINT** <br><br> **JURY TRIAL DEMAND** |

1

NOW COME THE PLAINTIFF, BRYANNE BARNETTE, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for her Complaint against the Defendants, pleads as follows:

## JURISDICTION

1. Jurisdiction of this court arises under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681p; the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692-1692p; and 28 U.S.C. §§1331,1337.

## VENUE

2. The transactions and occurrences which give rise to this action occurred in the City of Gilbert, Maricopa County, Arizona.

3. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

4. The Defendants to this lawsuit are:

   a. Trans Union, LLC ("Trans Union") which is a Delaware company that maintains a registered agent in Maricopa County, Arizona; and

   b. Diversified Consultants, Inc. ("Diversified Consultants"), which is a Florida corporation that maintains registered offices in Duval County, Florida.

**GENERAL ALLEGATIONS**

5. Diversified Consultants is reporting its trade line with account number 36695748 ("Bogus Trade Line") on Plaintiff's Trans Union credit file.

6. Mrs. Barnette does not owe the alleged AT&T debt which is the subject of the Bogus Trade Line. On or about February 13, 2015, her account with AT&T was closed because she switched to her husband's plan with AT&T. The billing dates that AT&T is attempting to collect from her are between the months of October 23, 2015 to November 22, 2015. Mrs. Barnette did not have this account in which Diversified is attempting to collect during those October and November 2015 months as again, her account was closed with AT&T on February 13, 2015.

7. On or about October 27, 2015, Mrs. Barnette obtained her Trans Union credit file and noticed the Bogus Trade Line.

8. Shortly thereafter, Mrs. Barnette sent a letter to Diversified Consultants demanding validation of the alleged debt which is the subject of the Bogus Trade Line.

9. On or about November 25, 2015, Diversified Consultants sent an AT&T statement showing that AT&T was charging $198.74 for a billing cycle between the months of October 23, 2015 through November 22, 2015. Again, Mrs. Barnette closed her account with AT&T on February 13, 2015 and

switched over to her husband's AT&T account, so this shows that AT&T is charging her for months that she did not have service with it.

10. On or about December 29, 2015, Mrs. Barnette submitted a letter to Trans Union disputing the Bogus Trade Line. Mrs. Barnette attached Diversified Consultants' letter dated November 25, 2015, showing that AT&T charged her for dates in which she did not have services with it. She requested that the Bogus Trade Line be removed from her Trans Union credit file.

11. Upon information and belief, Trans Union transmitted Mrs. Barnette's consumer dispute to Diversified Consultants.

12. On or about January 28, 2016, Mrs. Barnette received Trans Union's investigation results which showed that Diversified Consultants retained the Bogus Trade Line on her Trans Union credit file.

## COUNT I

### NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY DIVERSIFIED CONSULTANTS

13. Plaintiff realleges the above paragraphs as if recited verbatim.

14. After being informed by Trans Union of Mrs. Barnette's consumer dispute of the Bogus Trade Line, Diversified Consultants negligently failed to conduct a proper investigation of Mrs. Barnette's dispute as required by 15 USC 1681s-2(b).

15. Diversified Consultants negligently failed to review all relevant information available to it and provided by Trans Union in conducting its reinvestigation as required by 15 USC 1681s-2(b).  Specifically, it failed to direct Trans Union to remove the Bogus Trade Line.

16. The Bogus Trade Line is inaccurate and creating a misleading impression on Mrs. Barnette's consumer credit file with Trans Union to which it is reporting such trade lines.

17. As a direct and proximate cause of Diversified Consultants' negligent failure to perform its duties under the FCRA, Mrs. Barnette has suffered damages, mental anguish, suffering, humiliation and embarrassment.

18. Diversified Consultants is liable to Mrs. Barnette by reason of its violations of the FCRA in an amount to be determined by the trier fact together with reasonable attorneys' fees pursuant to 15 USC 1681o.

19. Mrs. Barnette has a private right of action to assert claims against Diversified Consultants arising under 15 USC 1681s-2(b).

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against the Defendant Diversified Consultants for damages, costs, interest and attorneys' fees.

## COUNT II

**WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY DIVERSIFIED CONSULTANTS**

20. Plaintiff realleges the above paragraphs as if recited verbatim.

21. After being informed by Trans Union that Mrs. Barnette disputed the accuracy of the information it was providing, Diversified Consultants willfully failed to conduct a proper reinvestigation of Mrs. Barnette's dispute.

22. Diversified Consultants willfully failed to review all relevant information available to it and provided by Trans Union as required by 15 USC 1681s-2(b).

23. As a direct and proximate cause of Diversified Consultants' willful failure to perform its duties under the FCRA, Mrs. Barnette has suffered damages, mental anguish, suffering, humiliation and embarrassment.

24. Diversified Consultants is liable to Mrs. Barnette for either statutory damages or actual damages she has sustained by reason of its violations of the FCRA in an amount to be determined by the trier fact, together with an award of punitive damages in the amount to be determined by the trier of fact, as well as for reasonable attorneys' fees and she may recover therefore pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against the Defendant Diversified Consultants for the greater of statutory or actual damages, plus punitive damages, along with costs, interest and attorneys' fees.

## COUNT III

### VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT BY DIVERSIFIED CONSULTANTS

25. Plaintiff reincorporates the preceding allegations by reference.

26. At all relevant times Diversified Consultants, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

27. Plaintiff is a "consumer" for purposes of the FDCPA and the account at issue in this case is a consumer debt.

28. Diversified Consultants is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

29. Diversified Consultants' foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

   a. 15 U.S.C. §1692e(2)(a) by misrepresenting the character, amount, or legal status of any debt; and

   b. 15 U.S.C. §1692f(1) by collecting any amount not owed.

30. Mrs. Barnette has suffered economic, emotional, general and statutory damages as a result of these violations of the FDCPA.

## COUNT IV

## NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TRANS UNION

31. Plaintiff realleges the above paragraphs as if recited verbatim.

32. Defendant Trans Union prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Mrs. Barnette as that term is defined in 15 USC 1681a.

33. Such reports contained information about Mrs. Barnette that was false, misleading, and inaccurate.

34. Trans Union negligently failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Mrs. Barnette, in violation of 15 USC 1681e(b).

35. After receiving Mrs. Barnette's consumer dispute to the Bogus Trade Line, Trans Union negligently failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

36. As a direct and proximate cause of Trans Union's negligent failure to perform its duties under the FCRA, Mrs. Barnette has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

37. Trans Union is liable to Mrs. Barnette by reason of its violation of the FCRA in an amount to be determined by the trier fact together with his reasonable attorneys' fees pursuant to 15 USC 1681o.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against Trans Union for actual damages, costs, interest, and attorneys' fees.

## COUNT V

### WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TRANS UNION

38. Plaintiff realleges the above paragraphs as if recited verbatim.

39. Defendant Trans Union prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Mrs. Barnette as that term is defined in 15 USC 1681a.

40. Such reports contained information about Mrs. Barnette that was false, misleading, and inaccurate.

41. Trans Union willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information that it reported to one or more third parties pertaining to Mrs. Barnette, in violation of 15 USC 1681e(b).

42. After receiving Mrs. Barnette's consumer dispute to the Bogus Trade Line, Trans Union willfully failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

43. As a direct and proximate cause of Trans Union's willful failure to perform its duties under the FCRA, Mrs. Barnette has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

44. Trans Union is liable to Mrs. Barnette by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with her reasonable attorneys' fees pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against Trans Union for the greater of statutory or actual damages, plus punitive damages, along with costs, interest, and attorneys' fees.

## DEMAND FOR JUDGMENT RELIEF

Accordingly, Plaintiff requests that the Court grant her the following relief against Diversified Consultants and Trans Union:

a. Actual damages;

b. Statutory damages; and

c. Costs and attorneys' fees.

## JURY DEMAND

Plaintiff hereby demands a trial by Jury.

DATED: March 9, 2016

                                        KENT LAW OFFICES

                                By: */s/  Trinette G. Kent*
                                 Trinette G. Kent
                                 Attorneys for Plaintiff,
                                 Bryanne Barnette