IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryanne Barnette,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Trans Union, LLC, et al.,<br><br>　　　　　Defendants. | No.  CV-16-00653-PHX-SPL<br><br>**ORDER** |

　　　The Court has been advised that Plaintiff and Defendant Trans Union, LLC have reached a settlement in this case. (Doc. 49.) Accordingly,

　　　**IT IS ORDERED** that Defendant Trans Union, LLC will be dismissed *with prejudice* from this case on **December 2, 2016** unless a stipulation to dismiss is filed prior to the dismissal date.

　　　**IT IS FURTHER ORDERED** that all pending motions are **denied as moot**.

　　　Dated this 2nd day of November, 2016.

　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　United States District Judge